Name and address:
Steven R. Hofer, Indiana bar # 11584-49
Consumer Law Office of Steve Hofer
8888 Keystone Crossing, Suite 1300
Indianapolis, IN 46240
(317) 662-4529

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIUS D. POPA<br><br>Plaintiff(s),<br><br>v.<br><br>WINN LAW GROUP, A.P.C., and DOES 1-25 inclusive<br><br>Defendant(s), | CASE NUMBER<br><br>2:17-CV-06804-DSF-RAO<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically (using the Court's CM/ECF System), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $325 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $325 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Hofer, Steven R.
*Applicant's Name (Last Name, First Name & Middle Initial)*                check here if federal government attorney ☐

Consumer Law Office of Steve Hofer
*Firm/Agency Name*

8888 Keystone Crossing, Suite 1300              317-662-4529                317-559-4055
                                                 *Telephone Number*          *Fax Number*
*Street Address*

Indianapolis, IN 46240                            hoferlawindy@gmail.com
*City, State, Zip Code*                           *E-mail Address*

I have been retained to represent the following parties:

Marius D. Popa                                    [X] Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
                                                  ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Indiana | 06/08/1987 | Yes |
| USDC Southern District of Indiana | 06/08/1987 | Yes |
| USDC Northern District of Indiana | 06/08/1987 | Yes |

G-64 (6/16)          APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*          Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | NONE | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[blank box]

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☒ No

*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 12/28/2017

Steven R. Hofer
*Applicant's Name (please type or print)*

/S/ Steven R. Hofer
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Robert F. Brennan
*Designee's Name (Last Name, First Name & Middle Initial)*

Law Offices of Robert F. Brennan, A.P.C.
*Firm/Agency Name*

2103 Montrose Ave., Suite D

*Street Address*

Montrose CA 91020
*City, State, Zip Code*

8182495291
*Telephone Number*

8182494329
*Fax Number*

rbrennan@brennanlaw.com
*E-mail Address*

132449
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated 29/en/18

Robert F. Brennan
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Supplement to Section 1

Additional Jurisdiction(s) admitted

Florida
Date of Admission: 11/25/1988
Status: Retired (inactive)
No Disciplinary History
779083

Note that though I am not an active Florida attorney, I attached a current form from the Florida Bar website confirming my status as inactive/retired. This is not a full-blown certificate of admission because it wasn't clear I needed one for an inactive state.

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

**STEVEN RONALD HOFER**

is a member of the bar of said Court since admission on <u>June 8, 1987</u>, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this <u>28th</u> day of <u>December</u>, 20<u>17</u>.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA

# MEMBER PROFILE

# Steven Ronald Hofer

Retired

Not Eligible to Practice Law in Florida

Bar Number:

779083

Mail Address:

2909 W 33RD St
Indianapolis, IN 46222-1906
United States

Office: 317-926-5772

Cell: 317-926-5772

Fax: 317-545-5852

Email:

conslaw@aol.com

Personal Bar URL:

https://www.floridabar.org/mybarprofile/779083

vCard:



Admitted:

11/25/1988

10-Year Discipline History:

None

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about lawyers licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, The Florida Bar allows individual attorneys the opportunity to add personal and professional information to the directory. The lawyer is solely responsible for reviewing and updating any additional information in the directory. The lawyer's added information is not reviewed by The Bar for accuracy and The Bar makes no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents are not responsible for the accuracy of that additional information. Publication of lawyers' contact information in this listing does not mean the lawyers have agreed to receive unsolicited communications in any form. Unauthorized use of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.