# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIUS D. POPA,<br>   Plaintiff,<br><br>   v.<br><br>WINN LAW GROUP, APC, et al.,<br>   Defendants. | CV 17-6804 DSF (RAOx)<br><br>JUDGMENT |

The Court having granted Defendants' motion for summary judgment,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

IT IS SO ORDERED.

Date: January 23, 2019

                 Dale S. Fischer
                 United States District Judge